MICHAEL BAILEY
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
NICOLE P. SAVEL
Arizona State Bar No.015958
Assistant United States Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7330
Email:  bev.anderson@usdoj.gov
Email:  nicole.savel@usdoj.gov
Attorneys for Plaintiff

JOHN C. DEMERS
Assistant Attorney General
National Security Division
WILLIAM MACKIE
Trial Attorney
Counterintelligence and Export Control Section
950 Pennsylvania Ave., NW
Washington, DC  20530

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-00472-TUC-RM (JR) |
|---|---|
| Plaintiff, vs. Wei Sun, Defendant. | GOVERNMENT'S AMENDED NOTICE OF INTENT TO PRESENT EXPERT WITNESS TESTIMONY AT SENTENCING |

The United States of America, by and through its undersigned attorneys, hereby submits its' Amended Notice of Intent to Present Expert Witness Testimony at Sentencing, as set forth below.  This amended notice correctly states the title of the witness. A curriculum vitae for this witness has been provided to defense counsel under separate cover.

E. Scott Tuomey,
Air Dominance Chief Engineer
Raytheon Missile and Defense

It is anticipated that this witness will testify as to (i) matters relating to his engineering expertise and knowledge with regard to the nature and operation of the Raytheon Missile and Defense, a unit of Raytheon Technologies, advanced medium range air-to-air military missile system (also known as the "AMRRAM system") and (ii) factual matters regarding the general nature of the computer data information (or "technical data") identified in Count One of the Superseding Indictment as File No. 1, specifically the "Common Remote Terminal and Navigation FPGA User's Guide," and the application of this technical data to the AMRRAM system, which technical data the Defendant illegally exported in December 2018 to China via his RMS issued computer.

Respectfully submitted this 16th day of September 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 16th day of September 2020 to:

Cameron Morgan, counsel for Defendant Sun